UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AUSTIN JACOBS**,<br><br>	Plaintiff,<br><br>v.<br><br>**RELIANCE STANDARD LIFE INSURANCE COMPANY**,<br><br>	Defendant. | Civil Action No. 21-323 (TSC) |

### ORDER

For the reasons set forth in the accompanying Memorandum Opinion, ECF No. 26, Defendant's Motion for Summary Judgment, ECF No. 16, is hereby GRANTED; and Plaintiff's Motion for Judgment or in the Alternative Motion for Summary Judgment, ECF No. 17, is hereby DENIED.  In addition, and for the same reasons, the court hereby ENTERS JUDGMENT for Defendant pursuant to Federal Rule of Civil Procedure 52 and DISMISSES this case with prejudice.  This is a final appealable order.

Date: March 30, 2023

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge